DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUDRAJEAN LOCATELLI,**
Appellant,

v.

**BRIAN S. LOCATELLI,**
Appellee.

No. 4D17-3364

[December 6, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502016DR011135XXXXNB.

Troy William Klein, West Palm Beach, for appellant.

Christopher R. Jette of Goldstein & Jette, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***